UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUNA AHMED ALI, *et al.*,<br><br>                    Plaintiffs,<br>    v.<br><br>MARCO RUBIO, *et al.*,[1]<br><br>                    Defendants. | Case No. 2:25-cv-00124-RSM<br><br>**NOTICE OF MOTION RENOTED<br>AND STIPULATED EXTENSION FOR<br>PLAINTIFFS' RESPONSE DEADLINE** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT;

AND TO: ALL PARTIES:

Defendants are re-noting the below motion. There being no response to the motion filed yet and pursuant to Local Civil Rule 7(l), the Clerk is requested to place the following motion on the docket for the day indicated below:

    MOTION:    Defendants' Motion to Dismiss for Failure to State a Claim, Dkt. 5.

    DATE:       July 14, 2025

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute U.S. Department of State ("DOS") Secretary Marco Rubio for Antony J. Blinken, and U.S. Department of Homeland Security ("DHS") Secretary Kristi Noem for Alejandro Mayorkas.

NOTICE OF MOTION RENOTED AND STIPULATED
EXTENSION OF PLAINTIFFS' RESPONSE DEADLINE
[Case No. 2:25-cv-00124-RSM] - 1

Based on this renoted pending motion, the Parties hereby stipulate and move that Plaintiffs' new response deadline be reset for July 7, 2025, and Defendants' reply to the motion will be due no later than July 14, 2025.

**SO STIPULATED.**

DATED this 9th of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW, PLLC |
| *s/ Alixandria K. Morris*<br>ALIXANDRIA K. MORRIS, TX No. 24095373<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: alixandria.morris@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA No. 31870<br>4444 Woodland Park Ave N, Suite 203<br>Seattle, WA 98103<br>Telephone: (206) 419-7332<br>Email: meena@meenaimmigrationlaw.com<br><br>*Attorney for Plaintiffs* |

I certify that this memorandum contains 105 words, in compliance with the Local Civil Rules.

**ORDER**

It is hereby ORDERED that the Parties' motion is GRANTED.

DATED this   9th   day of    May       , 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE