UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUNA AHMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARCO RUBIO, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00124-RSM <br><br> **STIPULATED MOTION TO DISMISS AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiffs brought this litigation pursuant to the Mandamus Act seeking to compel the U.S. Department of State ("DOS") to adjudicate their DS-260s, Immigrant Visa Electronic Applications.  The parties agree that this case is now moot.

//

//

//

STIPULATED MOTION TO DISMISS AND ORDER
[Case No. 2:25-cv-00124-RSM] - 1

DATED this 2nd of July, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | MEENA PALLIPAMU IMMIGRATION LAW, PLLC |
| *s/ Alixandria K. Morris*<br>ALIXANDRIA K. MORRIS, TX No. 24095373<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:    206-553-4067<br>Email: alixandria.morris@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Meena Pallipamu*<br>MEENA PALLIPAMU, WSBA No. 31870<br>4444 Woodland Park Ave N, Suite 203<br>Seattle, WA 98103<br>Telephone: (206) 419-7332<br>Email: meena@meenaimmigrationlaw.com<br><br>*Attorney for Plaintiffs* |

*I certify that this memorandum contains 62 words, in compliance with the Local Civil Rules.*

**ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this   2nd   day of        July        , 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE